United States District Court
Southern District of Texas
**ENTERED**
February 10, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| LEE ANN BELL, | § | |
| Plaintiff. | § § § | |
| V. | § § | CIVIL ACTION NO. 3:25-cv-00125 |
| MATTHEWS HOPE FOUNDATION, *et al.*, | § § § § | |
| Defendants. | § § | |

## MEMORANDUM OPINION, ORDER, AND RECOMMENDATION

Pending before me is Defendant IntegraNet Physician Resource, Inc.'s Motion to Dismiss or, Alternatively, Motion for Summary Judgment. Dkt. 15. In her response to that motion, Plaintiff Lee Ann Bell requests that she "be granted leave to amend to plead additional specifics regarding IntegraNet's involvement" with her claims. Dkt. 17 at 4.

Bell has never amended her complaint, and it would be an abuse of discretion not to allow her to do so. *See Ass'n of Am. Physicians & Surgeons Educ. Found. v. Am. Bd. of Internal Med.*, 103 F.4th 383, 395 (5th Cir. 2024). Accordingly, I grant Bell leave to amend her complaint. *See Talbert v. Am. Risk Ins. Co., Inc.*, 405 F. App'x. 848, 851 (5th Cir. 2010) (holding that a motion to amend the pleadings is a non-dispositive matter that may be ruled on by a magistrate judge).

Bell has until Friday, February 20, 2026 to file her amended complaint.

## CONCLUSION

Because I have granted Plaintiff leave to amend her complaint, I recommend that IntegraNet's motion to dismiss (Dkt. 15) be denied as moot. IntegraNet may file a responsive pleading and/or move to dismiss the amended complaint by March 13, 2026.

The parties have 14 days from service of this Memorandum and Recommendation to file written objections. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Failure to file timely objections will preclude appellate review of factual findings and legal conclusions, except for plain error.

Signed this 10th day of February 2026.

ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE

2