United States District Court
Southern District of Texas
**ENTERED**
March 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| LEE ANN BELL, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | 3:25-cv-00125 |
| | § | |
| MATTHEWS HOPE FOUNDATION, | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On January 13, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 18. Judge Edison filed a memorandum opinion, order, and recommendation on February 10, 2026, granting the plaintiff leave to amend her complaint and recommending that Defendant IntegraNet Physician Resource, Inc.'s motion to dismiss (Dkt. 15) be denied as moot. Dkt. 19. On February 20, 2026, the plaintiff filed her First Amended Complaint. Dkt. 20.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1)    Judge Edison's memorandum and recommendation (Dkt. 19) is approved and adopted in its entirety as the holding of the court; and

2

(2)     The defendant's motion to dismiss (Dkt. 15) is denied as moot; and

(3)     Any motions to dismiss the plaintiff's First Amendment Complaint (Dkt. 20) are due by Friday, April 3, 2026.

SIGNED on Galveston Island this 10th day of March 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE